1  MARIA M. LAMPASONA, State Bar No. 259675
   lampasona@rankinlaw.com
2  DAMON M. THURSTON, State Bar No. 186861
   thurston@rankinlaw.com
3  RANKIN, SHUEY, MINTZ,
   LAMPASONA & HARPER
4  475 City Center
   475 14ᵗʰ Street, Suite 650
5  Oakland, CA  94612
   Telephone Number:  (510) 433-2600
6  Facsimile Numbers:  (510) 433-2699

7  Attorneys for Defendants
   THE REGENTS OF THE UNIVERSITY OF
8  CALIFORNIA and CYNTHIA LARIVE

9

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13  LYDIA BENGA, an individual,            Case No. 5:24-cv-07679-PCP

14                    Plaintiff,           *Assigned for all purposes to Judge P. Casey Pitts*

15       v.                               **STIPULATION REGARDING RESPONSIVE PLEADING DEADLINE**

16  THE REGENTS OF THE
17  UNIVERSITY OF CALIFORNIA, a
    government entity; CYNTHIA
18  LARIVE, CHANCELLOR,
    UNIVERSITY OF CALIFORNIA,
19  SANTA CRUZ,
                      Defendants.
20

21

22       WHEREAS Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and

23  CYNTHIA LARIVE's current responsive pleading deadline to Plaintiff's Complaint is December

24  6, 2024.

25       Pursuant to Local Rule 6-1(b), Plaintiff LYDIA BENGA and Defendants THE REGENTS

26  OF THE UNIVERSITY OF CALIFORNIA and CYNTHIA LARIVE by and through their counsel

27  of record, hereby stipulate that:

28

RANKIN, SHUEY, MINTZ,
LAMPASONA & HARPER
475 14ᵗʰ Street, Suite 650
Oakland, CA  94612

1    Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and CYNTHIA

2    LARIVE shall file a pleading responsive to Plaintiff's Complaint on or before December 20, 2024.

3    This extension will not alter any deadline already set by the Court.

4    **IT IS SO STIPULATED.**

5    DATED: December 3, 2024

6                              RANKIN, SHUEY, MINTZ,
                             LAMPASONA & HARPER

7

8    By:  _____/s/ Maria M. Lampasona_____
                             Maria M. Lampasona

9                              Attorneys for Defendants
                             THE REGENTS OF THE UNIVERSITY OF

10                             CALIFORNIA and CYNTHIA LARIVE

11   DATED: December 3, 2024

12                             KRISTENSEN LAW GROUP

13

14   By:  _____/s/ John P. Kristensen_____
                             John P. Kristensen

15                             Attorneys for Plaintiff
                             LYDIA BENGA

16   **<u>SIGNATURE ATTESTATION</u>**

17   The e-filing attorney hereby attests that concurrence in the content of the document and

18   authorization to file the document has been obtained from each of the other signatories indicated

19   by a conformed signature (/s/) within this e-file document.

20   Dated: December 3, 2024                    _____/s/ Maria Lampasona_____

21

22

23

24

25

26

27

28

STIPULATION REGARDING
PLEADING DEADLINE
CASE NO. 5:24-CV-07679-PCP

RANKIN, SHUEY, MINTZ,
LAMPASONA & HARPER
475 14TH Street, Suite 650
Oakland, CA 94612

CERTIFICATE OF SERVICE
***Benga v. The Regents of the University of California et al***
United States District Court, Northern District of California Case No. 5:24-CV-07679-PCP

I am a resident of the State of California, over 18 years of age and not a party to the within action. I am employed in the County of Alameda; my business address is: 475 14th Street, Suite 650, Oakland, CA 94612. On December 3, 2024, I served the within:

**STIPULATION REGARDING RESPONSIVE PLEADING DEADLINE**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

John Peter Kristensen                          Phone: 805-837-2000
KRISTENSEN LAW GROUP                  Email: john@kristensen.law
120 Santa Barbara Street, Suite C9
Santa Barbara, CA 93101                      *Attorney for Plaintiff*

☒      ONLY BY ELECTRONIC TRANSMISSION. Pursuant to Code of Civil Procedure section 1010.6, I served the document(s) to the persons at the e-mail address(es) listed above. The email addresses listed above have been confirmed to be correct prior to transmission. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

☒      *(FEDERAL)* I declare under the laws of the United States of America that I am employed in the office of a member of the Bar of this court at whose direction the service was made and that the foregoing is true and correct.

Executed on December 3, 2024, at Oakland, California.

_____
Daniel J. McPherson

STIPULATION REGARDING
PLEADING DEADLINE
CASE NO. 5:24-CV-07679-PCP

RANKIN, SHUEY, MINTZ,
LAMPASONA & HARPER
475 14th Street, Suite 650
Oakland, CA 94612