MARIA M. LAMPASONA, State Bar No. 259675
lampasona@rankinlaw.com
DAMON M. THURSTON, State Bar No. 186861
thurston@rankinlaw.com
RANKIN, SHUEY, MINTZ,
LAMPASONA & HARPER
475 City Center
475 14th Street, Suite 650
Oakland, CA  94612
Telephone Number:  (510) 433-2600
Facsimile Numbers:  (510) 433-2699

Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYDIA BENGA, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a government entity,<br><br>    Defendant. | Case No. 5:24-cv-07679-PCP<br><br>*Assigned for all purposes to Judge P. Casey Pitts*<br><br>**STIPULATION EXTENDING TIME TO ANSWER AMENDED COMPLAINT** |

  WHEREAS Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA's current responsive pleading deadline to Plaintiff's amended complaint is January 3, 2025 in light of Plaintiff's amended complaint having been filed December 20, 2024;

  WHEREAS Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA is the only named defendant in Plaintiff's amended complaint;

  WHEREAS Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA requires a brief extension in time to file its answer to Plaintiff's amended complaint;

WHEREAS there have been no previous extensions in time to respond to Plaintiff's December 20, 2024 amended complaint;

Pursuant to Local Rule 6-1(b), Plaintiff LYDIA BENGA and Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA through their counsel of record, hereby stipulate that:

Defendant's time to file an answer to Plaintiff's amended complaint shall be extended to January 10, 2025.

This extension will not alter any deadline already set by the Court.

**IT IS SO STIPULATED.**

DATED: December 30, 2024

RANKIN, SHUEY, MINTZ, LAMPASONA & HARPER

By: _____*/s/ Damon M. Thurston*_____
Maria M. Lampasona
Damon M. Thurston
Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

DATED: December 30, 2024

KRISTENSEN LAW GROUP

By: _____*/s/ John P. Kristensen*_____
John P. Kristensen
Attorneys for Plaintiff
LYDIA BENGA

**SIGNATURE ATTESTATION**

The e-filing attorney hereby attests that concurrence in the content of the document and authorization to file the document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-file document.

Dated: December 30, 2024                    _____*/s/ Damon M. Thurston*_____

# CERTIFICATE OF SERVICE
***Benga v. The Regents of the University of California et al***
United States District Court, Northern District of California Case No. 5:24-CV-07679-PCP

I am a resident of the State of California, over 18 years of age and not a party to the within action. I am employed in the County of Alameda; my business address is: 475 14th Street, Suite 650, Oakland, CA 94612. On January 2, 2025, I served the within:

**STIPULATION EXTENDING TIME TO ANSWER AMENDED COMPLAINT**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

| | |
|---|---|
| John Peter Kristensen<br>KRISTENSEN LAW GROUP<br>120 Santa Barbara Street, Suite C9<br>Santa Barbara, CA 93101 | Phone: 805-837-2000<br>Email: john@kristensen.law<br><br>*Attorney for Plaintiff* |

☒ ONLY BY ELECTRONIC TRANSMISSION. Pursuant to Code of Civil Procedure section 1010.6, I served the document(s) to the persons at the e-mail address(es) listed above. The email addresses listed above have been confirmed to be correct prior to transmission. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

☒ ***(FEDERAL)*** I declare under the laws of the United States of America that I am employed in the office of a member of the Bar of this court at whose direction the service was made and that the foregoing is true and correct.

☒ **CM/ECF NOTICE OF ELECTRONIC FILING – electronically filing the documents with Clerk of Court using the CM/ECF system. Participants in this case who are registered ECF users are served by the CM/ECF system.**

Executed on January 2, 2025, at Oakland, California.

/s/ Robin K. Young
_____
Robin K. Young